In the Matter of the Will of MARY FINNEGAN, Deceased. ANASTASIA HAYES et al., Appellants; HERBERT BALSER, as Executor of MARY FINNEGAN, Deceased, et al., Respondents.

Argued April 15, 1942; decided April 30, 1942.

*Edwin M. Bourke* and *Theodore Studwell* for appellants.

*E. F. W. Wildermuth* and *Edward Lafreniere* for Herbert Balser, as executor, respondent.

Order affirmed, with costs to respondent Balser payable out of the estate. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LEWIS and CONWAY, JJ.